IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01493-MSK-BNB

NATALIE M. CRUZ, an individual,

Plaintiff,

v.

POUDRE VALLEY HEALTH CARE, INC., a Colorado non-profit corporation, d/b/a Poudre Valley Hospital, Inc.,
SUPPORT SERVICES, INC., a Colorado corporation, and
CARILYN DAKAN,

Defendants.

---

# ORDER

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **January 26, 2010**, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

Dated January 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge